RECEIVED
IN MONROE, LA.

MAR 0 8 2011

Ac
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MITCHELL LEE WILLIAMS | CIVIL ACTION NO. 09-1728 |
| VERSUS | JUDGE ROBERT G. JAMES |
| UNITED STATES OF AMERICA | MAG. JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Court's Ruling,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment filed by Defendant United States of America [Doc. No. 14] is GRANTED, and Plaintiff Mitchell Lee Williams' claims in this case are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 8 day of March, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE